JTR

**FILED**
9/23/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED
JUL 0 7 2016
7-7-16 JTR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

N7

Jaclynn Ziolkowski

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom. DART

Sheriff Of.

C.C.D.O.C.

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

16c 7070
Judge Edmond E. Chang
Magistrate Judge Jeffrey T. Gilbert
Case PC 7
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ _____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
            28 SECTION 1331** U.S. Code (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.    Name: _____

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in B and C.)

    A.    Defendant: _____

            Title: _____

            Place of Employment: _____

    B.    Defendant: _____

            Title: _____

            Place of Employment: _____

    C.    Defendant: _____

            Title: _____

            Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Court of Claims
12CC 0161

B. Approximate date of filing lawsuit: 7-29-2010

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): STAte of ILLinois court of claims

F. Name of judge to whom case was assigned: Peter J. Birnbaum

G. Basic claim made: INJury to myself while falling off of Top Bunk At Lincoln c. 2010 Fractured Nest Plastic surgeons worked on FACE    21 staple to Back of head

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was Denied March 15-2016 I HAve Appealed Decision

I. Approximate date of disposition: Video hearing on June 25, 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

So IN 2009 I WAS Living on Division 3 building Bside for Approximatly 9 months I had to Live With mice everywhere, CockARoaches you Counted even Sleep because of smell, also there WAS mold everywhere, the mice ~~overrran~~ we were overrun By All the mice you would try to Put A Blanket under the Door to keep Roaches AND mice out But they will Just keep getting IN your cell ~~pee~~ and Pee All over the Blankets then they would eat through Blankets AND ~~keep~~ CockARoaches would be infested while you tried to Sleep Food had Bugs iN it too. I Left on march 30 2010, for Shipment to Lincoln ILL the building hAs Been Condemend At this time But It was truly the worst to hAve to live in these kind of inhumane conditions

4

Revised 9/2007

5

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be FINANCIALLY to compensated for Living in Such inhumane conditions, no one should ever have to Live like that. even the Showers were horrible I have Fear of cockroaches

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __13__ day of __June__, 20_16_

__Jaclynn Ziolkowski__
(Signature of plaintiff or plaintiffs)

__Jaclynn Ziolkowski__
(Print name)

__2016.0221004__
(I.D. Number)

__PO. Box 089002__

__2600 S. California__

__Chicago IL 60608__
(Address)

6

Case: 1:16-cv-07070 Document #: 5 Filed: 09/23/16 Page 7 of 7 PageID #:24

Jaclynn Ziolkowski
CCDOC 20160221004
PO BOX 089002
DIV 8-5-C RT4
Chicago IL 60608

2016 JUL -7 AM 11:54  TM






Prisioner Correspondent
United States Dates
District Court
219 South Dearborn Street
Chicago IL 60604

16c 7070
Judge Edmond E. Chang
Magistrate Judge Jeffrey T. Gilbert
PC 7

Legal Mail